**Electronically Filed
Supreme Court
SCWC-24-0000818
20-JUL-2026
08:05 AM
Dkt. 25 ODAC**

SCWC-24-0000818

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JERRE PSAK,
Respondent/Petitioner-Appellee,

vs.

KEITH KARDASH,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000818; CASE NO. 1DSS-22-0000381)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kawashima, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed on June 11, 2026, is rejected.

It is further ordered that the pending motions are denied.

DATED:  Honolulu, Hawaiʻi, July 20, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ James S. Kawashima

